7/27/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RONALD L. CHISHOLM LTD.,

                          Plaintiff,

            - against -

EDYSAN 3 KERESKEDELMI ES
VENDEGLATO KORLATOLT
FELEFOSSEGU, ET AL.,

                        Defendants.
------------------------------------------------------------x

09 Civ. 3557 (RMB)

**ADMINISTRATIVE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/09

The parties are hereby directed to appear before the Court for a conference on Thursday, December 3, 2009 at 3:00 p.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED**.

Dated: New York, New York
         December 1, 2009

RMB
_____
RICHARD M. BERMAN, U.S.D.J.